*May Term, 1856.*

*MORRISON v. WEAVER.*

*C. Dewey* and *R. Crawford*, for the appellants.

*W. T. Otto, J. S. Davis* and *J. D. Ferguson*, for the appellee.

---

## MOORE v. THE STATE.

APPEAL from the *Jasper* Circuit Court.

*Thursday, June 19.*

*Per Curiam.*—In point of jurisdiction, this case is liable to the same objection as that of *Mc Cool* v. *The State, ante,* p. 378; and on the authority of that case the judgment is reversed.

*J. W. Gordon*, for the appellant.

*R. A. Riley, N. B. Taylor* and *J. Coburn*, for the state.

---

## MORRISON v. WEAVER.

APPEAL from the *Wayne* Circuit Court.

*Thursday, June 19.*

*Per Curiam.*—In this case there are no errors assigned. No motion was made in the Court below for a new trial, and no briefs have been furnished this Court. The cause is therefore not properly before us, and the judgment of the Circuit Court is therefore affirmed, with 10 per cent. damages and costs.

*J. Rariden*, for the appellant.

*N. H. Johnson*, for the appellee.